UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:17-CV-00218

| | |
|---|---|
| **DELINDA GAYE BOWLES**<br><br>**Plaintiff**<br><br>v.<br><br>**SHELLPOINT PARTNERS, LLC., and EQUIFAX INFORMATION SERVICES, INC.**<br><br>**Defendant** | **STIPULATION OF DISMISSAL FOR SHELLPOINT PARTNERS, LLC. ONLY** |

**COMES NOW** all remaining parties to this matter, by and through counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) hereby stipulate to dismissal with prejudice of **ONLY** the Defendant **SHELLPOINT PARTNERS, LLC.**

**TODAY** is March 1, 2018.

                        **COLLUM & PERRY**

            By:   */s/ M. Shane Perry*
                  M. Shane Perry
                  NC Bar No. 35498
                  109 W. Statesville Ave., Mooresville, NC 28115
                  (P) 704-663-4187
                  shane@collumperry.com
                  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No. 5:17-CV-00218

| | |
|---|---|
| DELINDA GAYE BOWLES<br><br>Plaintiff<br><br>v.<br><br>SHELLPOINT PARTNERS, LLC., and EQUIFAX INFORMATION SERVICES, INC.<br><br>Defendant | STIPULATION OF DISMISSAL FOR SHELLPOINT PARTNERS, LLC. ONLY |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **STIPULATION OF DISMISSAL** was served by consent of the Defendant upon the following through the CM/ECF system or by First Class U.S. Mail, return receipt requested:

**KING & SPALDING**

Bradley J. Lingo
100 N. Tryon St., Suite 3900
Charlotte, NC 28202
blingo@kslaw.com
*Attorney for Defendant*
*Equifax Information Services, Inc.*

**SHELLPOINT MORTGAGE SERVICING**

Justin Bradley
PO Box 10826
Greenville, SC 29603-0826
justin.bradley@shellpointmtg.com
*Corporate Counsel for Defendant*
*Shellpoint Mortgage Servicing*

**TODAY** is March 1, 2018.

        **COLLUM & PERRY**

    By: */s/ M. Shane Perry*
      M. Shane Perry
      NC Bar No. 35498
      109 W. Statesville Ave., Mooresville, NC 28115
      (P) 704-663-4187
      shane@collumperry.com
      *Attorney for Plaintiff*