UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00218-FDW-DSC

| | |
|---|---|
| DELINDA GAYE BOWLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a hearing on Defendant's Motion for Summary Judgment (Doc. No. 21) will take place on December 3, 2018, at 3:00 p.m. in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202. The parties' oral arguments will be limited to fifteen (15) minutes per side.

IT IS SO ORDERED.

Signed: November 8, 2018

Frank D. Whitney
Chief United States District Judge

1