IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00218-FDW-DSC

| | |
|---|---|
| **DELINDA GAYE BOWLES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **SHELLPOINT PARTNERS LLC, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion to Extend Time to Respond [to Motion for Summary Judgment]" (document # 23) filed November 13, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>

Defendant is advised that this deadline will not be extended again. Defense counsel is directed to the Honorable Frank D. Whitney's "Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney" (document #2, 3:07MC47) and the "Initial Scheduling Order" at 3.b.vi. ("Any motion to extend the foregoing time and/or word limitations shall be filed immediately upon counsel learning of the need for the same and in any event no fewer than three (3) business days in advance of the filing deadline sought to be modified.")

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: November 13, 2018

_____
David S. Cayer
United States Magistrate Judge